UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE NICOLE DONKERS and
SYLVIA V. DONKERS,

                 Plaintiffs,                 Case Number 07-11220
v.                                                   Honorable David M. Lawson
                                                  Mag. Judge Mona K. Majzoub
REBECCA A. CAMARGO, KEVIN
BAUER, DONNA KAY ZARRAS,
VICTOR STAPLES, DUGGAN LACEY,
LORA JABTECKI, LINDA SMITH, JOHN
DOES 1-3, JANE DOE, WAYNE COUNTY
AIRPORT AUTHORITY, TRANSPORTATION
SECURITY ADMINISTRATION, DENNIS
FRANK MARTINI,

                 Defendants,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANT TSA'S MOTION TO DISMISS

Presently before the Court is the report issued on July 18, 2007 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the motion to dismiss filed by the Transportation Security Administration (TSA). Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt

# 14] is **ADOPTED**.

It is further **ORDERED** that defendant TSA's motion to dismiss [dkt # 9] is **GRANTED**.

The TSA is no longer a party to this case.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated: August 15, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 15, 2007.

s/Felicia M. Moses<br>
FELICIA M. MOSES