UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE NICOLE DONKERS and
SYLVIA V. DONKERS,

                Plaintiffs,                            Case Number 07-11220
v.                                                         Honorable David M. Lawson
                                                             Magistrate Judge Majzoub
REBECCA A. CAMARGO, KEVIN
BAUR, DONNA KAY ZARRAS,
VICTOR STAPLES, DUGGAN LACEY,
LORA JABTECKI, LINDA SMITH, JOHN
DOES 1-3, JANE DOE, WAYNE COUNTY
AIRPORT AUTHORITY, TRANSPORTATION
SECURITY ADMINISTRATION, DENNIS
FRANK MARTINI,

                Defendants,
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING IN PART
MOTION FOR SUMMARY JUDGMENT, DISMISSING CERTAIN COUNTS AND
DEFENDANTS, AND REFERRING CASE BACK TO UNITED STATES MAGISTRATE
JUDGE MONA K. MAJZOUB**

      Presently before the Court is the report issued on June 30, 2008 by Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b), recommending that this Court grant in part the motion for summary judgment filed by defendants Dennis Martini, Wayne County Airport Authority, Kevin Baur, Donna Kay Zarras, Victor Staples, and Duggan Lacey and dismiss the counts asserted against these defendants. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S.

140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 55] is **ADOPTED**.

It is further **ORDERED** that the defendants' motion for summary judgment [dkt # 32] is **GRANTED IN PART**.

It is further **ORDERED** that Counts 7, 10, 14, 16, 19, 22, 25, 27, 36, and 38 are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Counts 8, 9, 11, 12, 13, 15, 17, 18, 20, 21, 23, 24, 26, 28, 30, 31, 32, 33, 34, 35, 37, and 39 are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that Dennis Martini, Wayne County Airport Authority, Kevin Baur, Donna Kay Zarras, Victor Staples, and Duggan Lacey are **DISMISSED** as defendants to this action.

It is further **ORDERED** that this action is **REFERRED** back to United States Magistrate Judge Mona K. Majzoub for further proceedings pursuant to the original order of reference.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: July 18, 2008

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 18, 2008.

s/Felicia M. Moses  
FELICIA M. MOSES

---